**William Isaac DAVIS**

v.

**The STATE of Texas.**

No. 28381.

Court of Criminal Appeals of Texas.

May 16, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Unlawfully possessing a narcotic drug is the offense; the punishment, ten years' confinement in the penitentiary.

Appellant has filed his affidavit stating that he desires his appeal in this case dismissed.

Accordingly, the appeal is dismissed.